IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERNAN BARRON | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CITY OF CHICAGO, | ) |
| a municipal corporation, | ) |
| JOHN DOE POLICE OFFICER, | ) |
| | ) |
| Defendants. | ) |

COMPLAINT

Jurisdiction/Venue

1. This incident on or about January 30, 2011, in the City of Chicago, Cook County, Illinois.
2. The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983, § 1988, the judicial code 28 U.S.C. § 1331 and § 1343(a); the Constitution of the United States, and pendent jurisdiction, as provided under U.S.C. § 1367(a).

Parties

3. At all relevant times pertaining to this occurrence, Plaintiff Hernan Berron was a resident of the Northern District of Illinois.
4. At the time of the occurrence, Defendant City of Chicago was a municipal corporation, and the principal employer of Defendant John Doe Police Officer, who was acting under color of law and in the scope of his employment with Defendant City of Chicago as a duly sworn police officer.

Facts

5. On or about January 31, 2011, Plaintiff Hernan Barron was being chased, on foot, by Defendant John Doe Police Officer in a Chicago Police Department, marked, police vehicle.
6. At this point in the litigation, the Plaintiff knows the names of the two officers in the vehicle, but it is unknown at this time which of the officers was the passenger and which was the driver.
7. On the above date, John Doe Police Officer willfully and wantonly drove the aforementioned vehicle into the body of the Plaintiff, pinning him against a wall, causing severe injuries.
8. The actions of the Defendant Officer constituted an unreasonable use of force.
9. During the incident, John Doe Police Officer willfully and wantonly and without lawful justification intentionally caused bodily harm to the Plaintiff.
10. Defendant John Doe Police Officer did not have a reasonable basis for using the force used against the Plaintiff.
11. As the proximate result of all the aforementioned actions by Defendant John Doe Officer, the Plaintiff suffered severe bodily injury, pain and suffering, emotional distress, and other pecuniary damages.

**COUNT I – 42 U.S.C. § 1983**

**Excessive Force**

(Plaintiff v Defendant John Doe Police Officer)

12. Plaintiff re-alleges all prior allegations.
13. The actions of Defendant John Doe Officer in using excessive force violated the Plaintiff's rights under the Fourth Amendment to the United States Constitution, incorporated to the states and municipalities through the Fourteenth Amendment, to

be secure in his person, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. § 1983.

14. As the proximate result of all of the aforementioned actions by Defendant John Doe Police Officer, the Plaintiff suffered bodily injury, pain and suffering, emotional distress, and expense.

WHEREFORE, pursuant to 42 U.S.C. § 1983 and § 1988, Plaintiff demands compensatory damages against Defendant John Doe Police Officer, and because he acted maliciously, wantonly or oppressively, substantial punitive damages, plus the costs of this action, plus attorneys' fees and other and additional relief as this Court deems equitable and just.

**COUNT II – Illinois State Law Claim of Battery**

(Plaintiff v Defendant City of Chicago)

15. Plaintiff re-alleges what has been previously alleged in this Complaint.
16. An employee with the City of Chicago, John Doe Police Officer, willfully and wantonly intentionally caused bodily harm to the Plaintiff.
17. As a result of the actions described in this complaint, the Plaintiff suffered damages including physical, injury, emotional distress, and expense.

WHEREFORE, Plaintiff demands compensatory damages against Defendant City of Chicago, plus costs, and other and additional relief as this court deems equitable and just.

**COUNT III – Illinois State Law- Indemnification**

(Plaintiff v. City of Chicago)

18. Plaintiff re-alleges what has been previously alleged in this Complaint.

19. Defendant City of Chicago is the indemnifying entity for the actions described above of Defendant John Doe Police Officer, who took his actions while acting under the color of law and in the course and scope of his employment with the City of Chicago.

WHEREFORE, should Defendant John Doe Police Officer be found liable on one or more of the claims set forth above, Plaintiff demands that Defendant City of Chicago be found liable for any judgment (other than punitive damages) he obtains thereon.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

By: s/ Richard Dvorak________

Richard Dvorak,
Attorney for the Plaintiff

Richard Dvorak
THE LAW OFFICES OF RICHARD DVORAK
18W140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
(312) 593-7146 (phone)
(312) 276-4868 (fax)
richard.dvorak@civilrightdefenders.com