**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HERNAN BARRON, | ) | |
| | ) | No. 13 CV 7772 |
| Plaintiff, | ) | |
| | ) | Judge Sharon Johnson Coleman |
| vs. | ) | |
| | ) | |
| OFFICER JUAN GONZALEZ, Star 6067, | ) | |
| a Chicago Police Officer, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 3-7**

Defendants, City of Chicago and Chicago Police Officer Juan Gonzalez ("Officer Gonzalez") (collectively "Defendants"), by and through one of their attorneys of record, Victoria R. Benson, Senior Counsel, pursuant to the Federal Rules of Evidence, for their responses to Plaintiff's Motions *in Limine* Nos. 3-7, hereby state as follows:

Defendants generally do not object to Plaintiff's Motions *in Limine* Nos. 3-7; however, should Plaintiff offer testimony or other evidence that "opens the door" to such evidence, Defendants reserve their right to seek the introduction of such evidence at trial.

For each of the foregoing reasons discussed herein, Plaintiff's Motions *in Limine* Nos. 3-7 should be denied.

Date: May 6, 2016

Respectfully Submitted,

/s/ Victoria R. Benson
Victoria R. Benson, Senior Counsel

City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
(312) 744-6566 (FAX)
Atty. No. 6282508
victoria.benson@cityofchicago.org

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANTS' REPONSE TO PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 3-7**, which sends a true and correct copy to all counsel, including:

Richard Dvorak
The Law Offices of Richard Dvorak
18W140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181

Matthew P. Prengaman
The Law Office of Matthew Prengaman
70 E. Lake St., Ste. 1220
Chicago, IL 60601

on this 6th day of May, 2016.

Respectfully submitted,

/s/ Victoria R. Benson
Victoria R. Benson
Senior Counsel

City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
(312) 744-6566 (FAX)
Atty. No. 6282508
victoria.benson@cityofchicago.org