**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Hernan Barron

Plaintiff,

v.

Case No.: 1:13−cv−07772
Honorable Sharon Johnson Coleman

City Of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 12, 2016:

MINUTE entry before the Honorable Sharon Johnson Coleman: The Court sets this case for a status hearing on 5/16/2016 at 10:00 AM. The parties shall appear, and advise the court on the record, of the posture of the case.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.