**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Hernan Barron
Plaintiff,
v.
City Of Chicago, et al.
Defendant.

Case No.: 1:13−cv−07772
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 16, 2016:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 5/16/2016. Parties having reached a settlement, this action is dismissed for 60 days without prejudice to 7/15/2016. If no motion to reinstate is filed by said date, the dismissal shall automatically convert to a dismissal with prejudice. Jury trial set to 5/16/2016 is hereby stricken. All remaining motion in limine are moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.