**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HERNAN BARRON,
Plaintiff,
vs
CITY OF CHICAGO, a municipal corporation, OFFICER GONZALEZ, Star #6067
Defendants.

No. 13 CV 07772

SHARON JOHNSON COLEMAN

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Richard Dvorak
Attorney for plaintiff
Hernan Barron
Dvorak Law Offices, LLC
6262 Kingery Highway – Suite 305
Willowbrook, IL 60527
(312) 593-7146 Ofc./(312) 873-3869 Fax
Attorney No. 6269687
Date: 5/20/2016

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation
STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: ______________________
Liza M. Franklin
Deputy Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
Date: 5/20

Victoria R. Benson
Senior Counsel
Attorney for defendant,
Juan Gonzalez
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
Attorney No. 06282508
DATE: 5/20/16